FEDERAL POWER COMMISSION *v.* PAN AMER-
ICAN PETROLEUM CORP. ET AL.

No. 227.   Decided May 20, 1968.*

*Solicitor General Marshall, Richard A. Solomon, Peter
H. Schiff,* and *Joel Yohalem* for petitioner in No. 227.
*Bertram D. Moll* and *Morton L. Simons* for Long Island
Lighting Co., *Samuel Graff Miller* for Philadelphia Elec-
tric Co., and *Kent H. Brown* for Public Service Com-
mission of the State of New York, petitioners in No. 415.

*J. P. Hammond, William J. Grove, Carroll L. Gilliam,*
and *Philip R. Ehrenkranz* for Pan American Petroleum
Corp., *Cecil N. Cook* and *Neal Powers, Jr.,* for Cockrell
et al., *Cecil E. Munn* for General American Oil Co. of
Texas, *Bruce R. Merrill* and *Thomas H. Burton* for Con-
tinental Oil Co., *H. H. Hillyer, Jr.,* for J. Ray McDermott
& Co., Inc., *Oliver L. Stone* and *Thomas G. Johnson* for
Shell Oil Co., *Murray Christian* and *H. W. Varner* for
Superior Oil Co., and *Paul W. Hicks, Robert W. Hender-
son,* and *Donald K. Young* for Placid Oil Co. et al.,
respondents in both cases.

PER CURIAM.

The petitions for writs of certiorari are granted and
the judgments are vacated.   The cases are remanded
to the United States Court of Appeals for the Tenth

---

*Together with No. 415, *Long Island Lighting Co. et al.* v. *Pan
American Petroleum Corp. et al.,* also on petition for writ of cer-
tiorari to the same court.

Circuit for further consideration in light of *Federal Power Commission* v. *Sunray DX Oil Co., ante,* p. 9.

MR. JUSTICE MARSHALL took no part in the consideration or decision of these cases.